**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**SHERYL LOWERY**                                                              **PLAINTIFF**

**v.**                                          **CASE NO. 3:14CV00178 BSM**

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security**                                  **DEFENDANT**

## ORDER

Defendant's unopposed motion to reverse and remand this case to the Commissioner

of the Social Security Administration [Doc. No. 15] is granted.  The clerk is hereby directed

to reverse and remand for further administrative proceedings before another Administrative

Law Judge.  *See* 42 U.S.C. § 405(g).  Accordingly, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of April 2015.

_____
UNITED STATES DISTRICT JUDGE