**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**SHERYL LOWERY**                                                                                   **PLAINTIFF**

v.                             **CASE NO. 3:14CV00178 BSM**

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security**                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered this date, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 7th day of April 2015.

_____
UNITED STATES DISTRICT JUDGE