IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**SHERYL LOWERY**                                                                              **PLAINTIFF**

**v.**                                  **CASE NO. 3:14CV00178 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                              **DEFENDANT**

## ORDER

Plaintiff's unopposed motion for $6,436.70 in attorney's fees, pursuant to the Equal Access to Justice Act [Doc. No. 18], is granted.

IT IS SO ORDERED this 1st of June 2015.

_____
UNITED STATES DISTRICT JUDGE