**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**SHERYL LOWERY**                                                   **PLAINTIFF**

**v.**                    **CASE NO. 3:14CV00178 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration**                                  **DEFENDANT**

## ORDER

Plaintiff's motion for reconsideration [Doc. No. 25] is denied because his request reiterates the arguments in his motion for attorney fees [Doc. No. 21] and does not demonstrate that a manifest error of law occurred. *See U.S. v. Metropolitan St. Louis Sewer Dist.*, 440 F.3d 930, 933 (8th Cir. 2006).

IT IS SO ORDERED this 20th day of October 2016.

_____
UNITED STATES DISTRICT JUDGE